```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

United States of America

    v.                                            Case No. 2:21-cr-79

Daniel P. Heintz

## ORDER

The undersigned judge hereby recuses himself from the above case. The clerk of courts shall reassign the case to another judge by random draw.

Date: May 6, 2021                                 s/James L. Graham
                                                        James L. Graham
                                                        United States District Judge