# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                  <u>NOTICE</u>

v.                                Case No. 2:21-cr-79

                                 **JUDGE SARGUS, JR.**

**DANIEL PHILLIP HEINTZ,**

       **Defendant.**

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court          **GoToMeeting**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard                  **June 4, 2021 at 1:30 p.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information via GoToMeeting.**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

                                                             **EDMUND A. SARGUS, JR.**
                                                             **UNITED STATES DISTRICT JUDGE**

DATE:  May 14, 2021

                                                         /s /   Christin M. Werner
                                                        (By) Christin M. Werner, Deputy Clerk