# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**　　　　　　　　　**NOTICE**

v.　　　　　　　　　　　　　　　　　　**Case No. 2:21-cr-79**
　　　　　　　　　　　　　　　　　　　**JUDGE SARGUS, JR.**

**DANIEL PHILLIP HEINTZ,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place:　United States District Court　　　　**GoToMeeting**
　　　　Joseph P. Kinneary U.S. Courthouse
　　　　85 Marconi Boulevard　　　　　　　**June 1, 2021 at 1:30 p.m.**
　　　　Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment on Information via GoToMeeting.**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location and time.

　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

DATE:　May 25, 2021

　　　　　　　　　　　　　　　　　　　　/s /   Christin M. Werner
　　　　　　　　　　　　　　　　　　　(By) Christin M. Werner, Deputy Clerk