# CRIMINAL MINUTES

2:21-cr-79
USA v. Daniel Phillip Heintz
(Custody)

## Arraignment on Information via GoToMeeting
### held on Tuesday, June 1, 2021
### 1:30 p.m.
### before Judge Edmund A. Sargus, Jr.

For Govt: Emily Czerniejewski and Heather Hill

For Deft: Steven Nolder

Court Reporter: Darla Coulter

Courtroom Deputy: Christin Werner


Defendant enters a guilty plea to count 1 and the forfeiture allegation of the Information.
Waiver of Indictment signed.
PSI Ordered.