UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
**PRESENTENCE REFERRAL**

| | |
|---|---|
| Judge | Judge Edmund A. Sargus, Jr. |
| AUSA: | Emily Czerniejewski and Heather Hill |
| Dft Attorney: | Steven Nolder |
| Defendant: | Daniel Phillip Heintz |
| Case Number: | 2:21-cr-79 |
| Offense: | Receipt of child pornography |
| Count(s): | 1 |
| Conviction on: | [ ] Jury Verdict<br>[ ] Court Decision<br>[x] Guilty Plea at Arraignment<br>[ ] Change of Plea to Guilty |
| Custody Status | [x] Federal<br>[ ] State<br>[ ] Bond<br>[ ] Other |

Date: 6/1/2021

Signed: _s/ Christin Werner_
Christin Werner/ Deputy Clerk